**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GEREMIAS MEJIA-ORDONEZ,** | **Civil Action No. 26-12948 (SDW)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **MARKWAYNE MULLIN, et al.,** | |
| **Respondents.** | |

This matter comes before this Court on Petitioner Geremias Mejia-Ordonez's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) and Respondents' answer in opposition (ECF No. 5). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 27th day of October, 2026

**ORDERED** that the Petition at ECF No. 1 is **DENIED**; and it is further

**ORDERED** that any restrictions imposed by this Court on Petitioner's location are **LIFTED**; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

Hon. Susan D. Wigenton,
United States District Judge